AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>VIVE LA FETE, INC., a Florida Corporation<br><br>_____<br><i>Plaintiff(s)</i><br>v.<br><br>JULIA GASH ENTERPRISES LTD., a United<br>Kingdom Private Limited Company<br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.   1:23-cv-23082-RNS</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Julia Gash Enterprises LTD.
> 8 Ocklynge Avenue
> Eastbourne, East Sussex
> England, BN21 2QD

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monifa Hall, Esq.
> Greenspoon Marder LLP
> 600 Brickell Avenue, Suite 3600
> Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Aug 15, 2023

_____

*s/ Nadhege Augustin*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court